■ In the Matter of the Adoption of CODY K. FREDERICK B., JR., Respondent; STEVEN K., Appellant. [910 NYS2d 715]—Appeal

from an order of the Family Court, Orleans County (James P. Punch, J.), entered August 20, 2009 in a proceeding pursuant to Domestic Relations Law article 7. The order adjudged that the consent of respondent to the adoption of his child by petitioner is not required.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Carni, Sconiers and Pine, JJ.